UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 25 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO. **19 CR 702** |
| V. | § | |
| | § | |
| RODRICK DARNELL THOMAS | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Stalking)

On or about December 1, 2018 through June 30, 2019, in the Southern District of Texas and elsewhere,

**RODRICK DARNELL THOMAS,**

the defendant, with the intent to harass and intimidate another person, did use the mail to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Jane Doe 1.

**All in violation of Title 18, United States Code, Section 2261A(2)(B).**

A TRUE BILL:

Original Signature on File
GRAND JURY FOREPERSON

RYAN K. PATRICK
United States Attorney

By: *(signature)*
Sherri L. Zack
Assistant United States Attorney
713-567-9374